

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2021

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
New York, New York 10007

      Re: **United States v. Carlos Robledo Anez, *et al.*,**
            **S5 19 Cr. 91 (DLC)**

Dear Judge Moses:

      The above-referenced charging instrument—Indictment S5 19 Cr. 91 (DLC)—charging defendant Carlos Robledo Anez was filed under seal on February 12, 2019. The defendant was recently arrested in the Southern District of Florida and our understanding is that he will arrive in our district in the near future. Accordingly, the Government respectfully requests that Indictment S5 19 Cr. 91 (DLC) be unsealed.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:   /s/
      Sam Adelsberg
      Matthew Hellman
      Assistant United States Attorneys
      (212) 637-2494 / 2278

**SO ORDERED:**

_____   5/25/21
HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York