```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    19cr91-4 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
CARLOS ROBLEDO-ANEZ,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 24, 2021, the trial in this case was set to begin on February 21, 2022. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On December 1, 2021, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of January through March 2022 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **March 2, 2022.**

IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **February 11, 2022.** Any opposition shall be filed by **February 18, 2022.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **February 25, 2022** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:  New York, New York
        December 2, 2021

                                      _____
                                                  DENISE COTE
                                      United States District Judge