```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    19cr91-4 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
CARLOS ROBLEDO-ANEZ,                     :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for May 20 is moved to **June 2, 2022 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         May 3, 2022

                                    _____
                                              DENISE COTE
                                       United States District Judge