UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      19cr91-4 (DLC)
                                        :
            -v-                         :      ORDER
                                        :
CARLOS ROBLEDO-ANEZ,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On November 12, 2025, this Court received a motion for the return of property from defendant Carlos Robledo-Anez dated November 6, 2025.  It is hereby

ORDERED that the Government shall respond to the defendant's motion by December 19, 2025.

Dated:      New York, New York
            November 17, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge