UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        19cr91-4 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
CARLOS ROBLEDO-ANEZ,                     :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The Court has just learned that its Order of December 19, 2025, scheduling a response to the defendant's December 17, 2025 pro se motion for compassionate release was not docketed. The defendant Carlos Robledo-Anez moves for compassionate release due to his medical conditions, which include throat cancer. He was sentenced on June 10, 2022 principally to a term of imprisonment of 72 months. He is due to be released on June 15, 2026. Accordingly, it is hereby

ORDERED that the Government shall respond to the defendant's motion by February 20, 2026.

Dated:    New York, New York
          February 5, 2026

                                    _____
                                           DENISE COTE
                                    United States District Judge