UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :
                                     :          19cr91-4 (DLC)
           -v-                       :
                                     :             ORDER
CARLOS ROBLEDO-ANEZ,                 :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

On March 11, 2026, the Court denied the motion for compassionate release filed by Carlos Robledo-Anez. In a letter dated March 9, but received on March 18, Robledo-Anez responds to the Government's February 20 response to his motion. Having reviewed the March 9 submission, it is hereby

ORDERED that the March 11 decision remains unchanged. The motion for compassionate release is denied for reasons explained in that decision.

Dated:     New York, New York
           April 3, 2026

                                        _____
                                              DENISE COTE
                                        United States District Judge